| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Talbots<br>P O Box 740933<br>Dallas, Tx 75374 | 000002 | 221.98 | 4.16 *ck 1001* |
| ---------- Remittance Total -------------- | | 221.98 | 4.16 |

*signature*
MARY ANN RABIN, Trustee